UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re DAVID MARTINEZ aka
ROBERT ANDREAS VASQUEZ,

    Plaintiff

                                    /

No. C 13-2839 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner has filed a pro se civil rights complaint under 42 U.S.C. § 1983, however he did not pay the filing fee or submit an application to proceed in forma pauperis ("IFP"). Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed IFP; and was allowed thirty days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

The time period has passed and plaintiff has not filed a completed IFP application or paid the filing fee. Plaintiff did file a miscellaneous motion, that contains a partial IFP application, however the rest of the motion is rambling, confusing and incomprehensible. Plaintiff has filed similar cases and motions in this district, No. C 13-1053 PJH (PR), No. C 12-6515 PJH (PR), and in the Eastern District of California, No. 12-2562 JAM CKD. Therefore, the case will be dismissed for failure to pay the filing fee or submit an IFP application.

**CONCLUSION**

Plaintiff's motion (Docket No. 4) is **DENIED** and this case is **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 27, 2013.

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge